**Order entered October 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01178-CR

**GEORGE GUO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00090-M**

## ORDER

Before the Court is the October 25, 2019 motion to substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk to remove Valencia Bush and to list Gary Udashen and Brett Ordiway as counsel of record for appellant. All future correspondence should be sent to Gary Udashen and Brett Ordiway, Udashen Anton, 2311 Cedar Springs Road, Ste. 250, Dallas, TX 75201.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE